IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES A. WYNN, )
　) 
　Plaintiff, )
　)
vs. ) Civil No.   13-cv-665-CJP
　)
CAROLYN W. COLVIN, )
　)
　Defendant. )

**JUDGMENT IN A CIVIL CASE**

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 28), the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

Judgment is entered in favor of plaintiff Charles A. Wynn and against defendant Carolyn W. Colvin, Acting Commissioner of Social Security.

DATED:   9/29/14

**JUSTINE FLANAGAN,
Acting Clerk of Court**

BY:   s/ Reid Hermann
　　　**Deputy Clerk**

**Approved:
s/ Clifford J. Proud
Clifford J. Proud
U.S. Magistrate Judge**